UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-2072**

Santos v. Attorney General United States of America

To:    Clerk

1)    Unopposed Motion by Proposed Amicus Curiae Capital Area Immigrants Coalition for Extension of Time to File Amicus Brief until December 2, 2022

    The foregoing motion is granted. The amicus curiae brief must be filed and served on or before December 2, 2022. Respondent's brief must be filed and served within thirty (30) days of the date of service of the amicus curiae brief.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 28, 2022
Lmr/cc: All Counsel of Record