UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-050

No. <u>22-2072</u>

JOSE MIGUEL GERMAN SANTOS,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A058-197-843)

Present:  FREEMAN, <u>Circuit Judge</u>

    1.  Motion filed by Respondent Attorney General United States of America for Extension of Time to file response brief until/for 14 days

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion is granted.

By the Court,

<u>s/ Arianna J. Freeman</u>
Circuit Judge

Dated: March 17, 2023
Lmr/cc: All Counsel of Record