UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-2072**

German Santos v. Attorney General United States

To:   Clerk

1)   Unopposed Motion by Respondent for Leave to File Overlength Brief

---

At the direction of the Court, the foregoing motion is granted to the extent Respondent seeks leave to file an overlength response brief containing 13,991 words. However, to the extent Petitioner may need to exceed the word limit set forth in Fed. R. App. P. 32(a)(7), he must file a motion requesting such. The motion must include the justification required under the Court's January 9, 2012 Standing Order. Absent the filing of such a motion, Petitioner's reply brief, if any, must be filed and served within 21 days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 1, 2023
Lmr/cc: All Counsel of Record